UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-04664-JLS-MARx | Date | November 29, 2023 |
|---|---|---|---|
| Title | Winter Kelly v. Cedars-Sinai Health System et al | | |

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabby Garcia | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL

Within 10 days, the parties are ordered to show cause as to why this matter should not be dismissed. A notice of dismissal filed within that time period will be deemed an acceptable response to this Order.

                                                                                                                    :
Initials of Deputy Clerk    gga