JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTER KELLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEDARS−SINAI HEALTH SYSTEM, et al.<br><br>　　　　Defendants. | CASE NO.: 2:22-CV-04664-JLS-MAR<br><br>**ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1)**<br><br>Complaint Filed: July 8, 2022<br>Trial Date: April 12, 2024 |

## **ORDER**

Pursuant to the stipulation by and between Plaintiff WINTER KELLY and Defendants CEDARS-SINAI HEALTH SYSTEM, et al., through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: December 5, 2023

JOSEPHINE L. STATON
Josephine L. Staton
UNITED STATES
DISTRICT JUDGE